## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

ANDREW BONANNO, JR.,

     Plaintiff,

v.

READING HOSPITAL,

     Defendant.

Case No. 5:18-cv-00953-EGS

JURY TRIAL DEMANDED

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the Parties hereby jointly stipulate, through their respective counsel, to dismiss this matter with prejudice, and without costs or fees against any party.

Respectfully Submitted,

/s/ *Jonathan W. Chase*
Jonathan W. Chase, Esq.
1628 JFK BLVD
Suite 1650
Philadelphia, PA 19103
(215) 475 3504
jwc@lawkm.com
*Attorney for Plaintiff*

/s/ *Vincent Candiello*
Vincent Candiello, Esq.
Cozen O'Connor
17 North Second Street, Suite 1410
Harrisburg, PA 17101
vcandiello@cozen.com
(717) 773-4200
vcandiello@cozen.com
*Attorney for Defendant*

**SO ORDERED:**

_____
Edward G. Smith
United States District Judge